

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00184-CV

**CITY OF HUNTSVILLE,**

                                                    **Appellant**

 **v.**

**ROSA SALGADO,**

                                                    **Appellee**

### From the County Court at Law
### Walker County, Texas
### Trial Court No. 12753CV

## MEMORANDUM OPINION

The City of Huntsville appealed the trial court's denial of the City's plea to the jurisdiction. The City has now filed a motion to dismiss the appeal stating that the City no longer wishes to pursue the appeal. The motion is unopposed by appellee.

Accordingly, the motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 27, 2018
[CV06]

